Mark HEPBURN, An Incompetent, by Deborah HEPBURN, his Mother and Next Friend, Plaintiff—Appellant,

v.

NATIONAL CENTER ON INSTITUTIONS AND ALTERNATIVES, INCORPORATED (NCIA); NCIA/SAQ, LLC, Defendants—Appellees.

No. 06–1248.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2007.

Decided: March 2, 2007.

Robert A. Sapero, W. Timothy Sutton, Sapero & Sapero, Baltimore, Maryland, for Appellant. Gary R. Jones, Niccolo N. Donzella, Baxter, Baker, Sidle, Conn & Jones, P.A., Baltimore, Maryland, for Appellees.

---

* The parties consented to proceed before a United States magistrate judge. *See* 28 U.S.C. § 636(c) (2000).

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Hepburn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hepburn v. Nat'l Ctr. on Institutions and Alternatives, Inc.*, No. 1:05–cv–02568–WDQ (D.Md. Jan. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*